# Exhibit 2

# Chris Stanley

| | |
|---|---|
| **From:** | Chris Stanley <chris@functionalgovernment.org> |
| **Sent:** | Tuesday, April 19, 2022 1:40 PM |
| **To:** | 'Santiago Montalvo, Rafael (CONTR)' |
| **Subject:** | RE: HQ-2022-00420-F Letter |

I wanted to check on this again. If you can let me know the status, I would appreciate your help.

Chris Stanley
Functional Government Initiative
chris@functionalgovernment.org
▇▇▇▇▇▇▇▇ (mobile)

---

**From:** Chris Stanley <chris@functionalgovernment.org>
**Sent:** Thursday, April 14, 2022 9:34 PM
**To:** 'Santiago Montalvo, Rafael (CONTR)' <rafael.santiagomontalvo@hq.doe.gov>
**Subject:** RE: HQ-2022-00420-F Letter

May I have an update on the status of this request, please? I have not found any correspondence since this letter on March 7, so I wanted to check the timing to receive records.

Thank you for your assistance on my request.

Chris Stanley
Functional Government Initiative
chris@functionalgovernment.org
▇▇▇▇▇▇▇▇ (mobile)

---

**From:** Santiago Montalvo, Rafael (CONTR) <rafael.santiagomontalvo@hq.doe.gov>
**Sent:** Monday, March 7, 2022 10:52 AM
**To:** chris@functionalgovernment.org
**Subject:** HQ-2022-00420-F Letter

Good day Chris Stanley,

Please find your Interim Letter for your FOIA request, HQ-2022-00420-F, attached here.

Thank you for your time,

Rafael G. Santiago Montalvo
FOIA Analyst
Wits Solutions Inc. – Contractor
U.S. Department of Energy FOIA Office
1000 Independence Ave. SW