# Exhibit 3

# Chris Stanley

| | |
|---|---|
| **From:** | Chris Stanley <chris@functionalgovernment.org> |
| **Sent:** | Monday, May 9, 2022 7:55 PM |
| **To:** | 'Hydle, Lars (CONTR)'; 'Santiago Montalvo, Rafael (CONTR)' |
| **Subject:** | RE: [EXTERNAL] RE: HQ-2022-00420-F follow up on our call |

We filed this request on 1/31. The first reply was an interim letter on 3/7, and then 4/19, you asked for a call. That's a lot of time pending in between updates, yet here on 5/9, we are still discussing search parameters. Please let me know when I can expect an updated proposal, which I will review ASAP when I have it, and then what approximate time after the revised terms are set that I can expect records to be processed and sent.

Thank you again for your work on my request.

Chris Stanley
Functional Government Initiative
chris@functionalgovernment.org
████████████ (mobile)

---

**From:** Hydle, Lars (CONTR) <lars.hydle@hq.doe.gov>
**Sent:** Thursday, May 5, 2022 12:20 PM
**To:** Chris Stanley <chris@functionalgovernment.org>; Santiago Montalvo, Rafael (CONTR) <rafael.santiagomontalvo@hq.doe.gov>
**Subject:** RE: [EXTERNAL] RE: HQ-2022-00420-F follow up on our call

We are working on the terms, sorry for the delay.  Its my fault.  I will try to hurry on them.  I have a couple other analysts working on other of your cases as well so I have been trying to get organized on those too.

**From:** Chris Stanley <chris@functionalgovernment.org>
**Sent:** Thursday, May 5, 2022 12:17 PM
**To:** Santiago Montalvo, Rafael (CONTR) <rafael.santiagomontalvo@hq.doe.gov>; Hydle, Lars (CONTR) <lars.hydle@hq.doe.gov>
**Subject:** RE: [EXTERNAL] RE: HQ-2022-00420-F follow up on our call

Do you have an update? Can you provide those proposed connectors soon and provide an estimate for when I can expect records after that is ready?

Thank you again for your work on my request.

Chris Stanley
Functional Government Initiative
chris@functionalgovernment.org
████████████ (mobile)

**From:** Santiago Montalvo, Rafael (CONTR) <rafael.santiagomontalvo@hq.doe.gov>
**Sent:** Wednesday, April 27, 2022 2:20 PM
**To:** Chris Stanley <chris@functionalgovernment.org>; Hydle, Lars (CONTR) <lars.hydle@hq.doe.gov>
**Subject:** RE: [EXTERNAL] RE: HQ-2022-00420-F follow up on our call

Good day Chris Stanley,

Thank you again for taking the time to be on a call with us last week. We are currently working on a connectors to more accurately carry out the search for your request.

Thank you for amending the date range of the search, we will incorporate it into the request going forward.

Thank you for amending the offices to search to exclude the Office of Executive Secretary from your search parameters. We will incorporate this amendment going forward.

Thank you for reconsidering the search on the office of General Counsel, we can arrange another call at a later time to go over this point ones the discussion becomes relevant.

Thank you for identifying the custodians you would like us to search. We will incorporate this this amendment going forward.

Thank you for your patient and understanding on this,

Rafael G. Santiago Montalvo
FOIA Analyst
Wits Solutions Inc. – Contractor
U.S. Department of Energy FOIA Office
1000 Independence Ave. SW
Washington DC 20585
(O): [redacted]

**From:** Chris Stanley <chris@functionalgovernment.org>
**Sent:** Tuesday, April 26, 2022 12:03 AM
**To:** Santiago Montalvo, Rafael (CONTR) <rafael.santiagomontalvo@hq.doe.gov>; Hydle, Lars (CONTR) <lars.hydle@hq.doe.gov>
**Subject:** [EXTERNAL] RE: HQ-2022-00420-F follow up on our call

Thank you again for the call last week. If you send me the suggested connectors, I will review quickly.

I have some updates on the refinements I was working on.

We can agree to change the date range of our request to cover starting **July 15, 2021**, instead of January 20, 2021.

We can forgo searching the Office of Executive Secretariat.

We <u>cannot</u> completely forgo a search of the office of General Counsel, but we can agree to <u>table</u> it for now, prioritize the records of the other offices, and revisit later if needed. Of course if recipients or authors of whatever records include staff from the general counsel, I expect those would be included. But we can table for now searching the records of the office of general counsel but reserve the right, depending on the records received, to revisit. Can that work?

For officials and staff for the search instead of the full offices list in my letter, can this work? I have them roughly organized (if I have correct information) by office from my original request.

2

Jennifer Granholm, Secretary
Tarak Shah, Chief of Staff (former)
Christopher Davis, Chief of Staff and formerly Senior Advisor
Bridget Bartol, Deputy Chief of Staff to the Secretary (formerly in public affairs)
Karen Skelton, Senior Advisor
Kathryn Huff, Senior Advisor
Shalanda Baker, Senior Advisor

David Mayorga, Director of Public Affairs

Ali Nouri, Assistant Secretary for Congressional and Intergovernmental Affairs
Jennifer Bumgarner, Principal Deputy Assistant Secretary for Congressional and Intergovernmental Affairs
Elizabeth Noll, Deputy Assistant Secretary for House Affairs
Rebecca Ward, Deputy Assistant Secretary for Senate Affairs

David Turk, Deputy Secretary
Arpita Bhattacharyya, Chief of Staff to the Deputy Secretary

Geraldine Richmond, Under Secretary for Science & Energy
Ali Douraghy, Chief of Staff to the Under Secretary

Deputy Under Secretary for Science & Energy (can't find a name)

Bradford Crabtree, Assistant Secretary for Fossil Energy and Carbon Management
Jennifer Wilcox, Principal Deputy Assistant Secretary for Office of Fossil Energy and Carbon Management (may be currently acting AS)

Kimberly Rasar, Operations, Fossil Energy

Doug Macintyre, Deputy Assistant Secretary for the Office of Petroleum Reserves (listed as acting – were there others who were acting?)

Emily Grubert, Deputy Assistant Secretary for the Office of Carbon Management

Chief of Staff for the Office of Fossil Energy and Carbon Management (can't find a name)

Ryan Peay, Deputy Assistant Secretary for Resource Sustainability (listed as acting – were there others? )

I look forward to the search terms connectors that you will propose, and I appreciate your work on my request.

Chris Stanley
Functional Government Initiative
chris@functionalgovernment.org
███████████ (mobile)

---

**From:** Santiago Montalvo, Rafael (CONTR) <rafael.santiagomontalvo@hq.doe.gov>
**Sent:** Tuesday, April 19, 2022 2:57 PM
**To:** chris@functionalgovernment.org

**Cc:** Hydle, Lars (CONTR) <lars.hydle@hq.doe.gov>
**Subject:** HQ-2022-00420-F Phone call regarding your request

Good Afternoon Chris Stanley,

Do you have a few minutes to discuss your request on the phone? If possible for this next Thursday April 21, 2022; in the afternoon. Around 3 pm would be preferable. Please let me know if this works for you or if we should coordinate for a different date and time.

Thank you for your time,

Rafael G. Santiago Montalvo
FOIA Analyst
Wits Solutions Inc. – Contractor
U.S. Department of Energy FOIA Office
1000 Independence Ave. SW
Washington DC 20585
(O): ███████

*****************************************************************
This message does not originate from a known Department of Energy email system.
Use caution if this message contains attachments, links or requests for information.

*****************************************************************